United States District Court
Southern District of Texas
**ENTERED**
January 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY JONES, individually, ALICE JONES, individually, and LEQUETTA DAVIS, as next friend to Q.J.; and WYNTHIA CHEATUM as guardian ad litem of E.W.; on behalf of all wrongful death beneficiaries to QUINTERO DEVALE JONES, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, MATT BARBER, JOE A. GRIMES, ROBERT EASON, C.O., MARTHA BARRERA, C.O. GARZA, C.O., MAYER, DR. LANNETTE LINTHICUM, and DR. OWEN MURRAY, in their individual capacities, the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and THE UNIVERSITY OF TEXAS MEDICAL BRANCH, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-cv-02335 |

## ORDER APPROVING SETTLEMENT FOR MINOR PLAINTIFFS Q.J. AND E.W.

Having considered the Plaintiffs' motion for hearing and approval of settlement, any response, the recommendations and testimony of Wynthia Cheatum, attorney and guardian ad litem for the minor Plaintiffs (E.W. and Q.J.), the testimony of all witnesses at the hearing of _24 January 2019_ to approve the settlement as to the minor Plaintiffs, any arguments of counsel, any evidence presented, all other pleadings on file, and all applicable law, the Court ORDERS as follows:

The Parties' settlement is hereby approved as fair, just, and equitable as to the minor children. The Court finds that the division of the settlement between the Plaintiffs is fair, just, and equitable. The Court finds that the attorneys' fees and expenses charged to the minor Plaintiffs are fair, just, and reasonable.

The Court directs that the net settlement proceeds of E.W.'s settlement share be used to purchase a structured settlement. Defendants are ordered to cooperate as necessary consummate the structured settlement.

The Court directs that the net settlement proceeds of Q.J.'s settlement share be used to purchase a structured settlement.

The Defendants are ordered to cooperate as necessary to consummate this order.

IT IS SO ORDERED

Dated: 24 January 2019

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE